**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEONARD KANARICK**, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.    Case No: 8:15-cv-2571-T-35JSS

**TECO ENERGY, INC., SHERRILL W. HUDSON, JAMES L. FERMAN, JR., EVELYN V. FOLLIT, JOSEPH P. LACHER, LORETTA A. PENN, JOHN B. RAMIL, TOM L. RANKIN, WILLIAM D. ROCKFORD, PAUL L. WHITING, EMERA INC., and EMERA US INC.,**

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's[1] Notice of Voluntary Dismissal with Prejudice, (Dkt. 5) and pursuant to Fed.R.Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED in** Tampa, Florida, this 7th day of December, 2015.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:

---

[1] There are no other Plaintiffs on the case docket that have filed a consent to join.

Counsel of Record
Any Unrepresented Party